# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.   Case Nos.   3:03cr57/LC/CJK
                3:14cv313/LC/CJK

**DECARLOS ANTJUAN MITCHELL**
_____/

## ORDER

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 7, 2014 (doc. 81).  Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of the timely filed objections.

      Having considered the Report and Recommendation, and the objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

1. The motion to vacate, set aside, or correct sentence (doc. 80) is summarily **DENIED and DISMISSED**.

2. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 28th day of July, 2014.

                                             *s/L.A. Collier*
                                             **LACEY A. COLLIER**
                                             **SENIOR UNITED STATES DISTRICT JUDGE**